# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GEORGE,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. 12-cv-01751-DDP-(DTBx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Removal Filed:  October 11, 2012<br>Trial Date:       February 4, 2014 |

# O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED: June 4, 2013

_____
THE HONORABLE DAVID T. BRISTOW
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT