Proposed Order Granting Joint

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GEORGE,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 THROUGH 100, Inclusive<br><br>    Defendants. | Case No. 12-cv-01751 DDP (DTBx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Removal Filed:  October 11, 2012<br>Trial Date:       February 4, 2014 |

## **ORDER**

The parties having so stipulated, IT IS ORDERED that the entire above-referenced action entitled *Kimberly George v. Home Depot U.S.A., Inc.* (Case No. 12-cv-01751-DDP-(DTBx)) is hereby dismissed with prejudice, and each party shall bear their own costs and attorneys' fees.

DATED:  September 26, 2013

_____
THE HONORABLE DEAN D. PREGERSON
U.S. DISTRICT JUDGE